UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUY DINH NGUYEN,<br><br>Defendant. | Case No. CR09-62RSM<br><br>ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME |

The Court has reviewed Defendant's Motion for Extension of Time (docket #254, dated 10/17/22). Defendant's motion is GRANTED. The deadline for the Defendant's reply to the Government's Response in Opposition to Defendant's Motion for Compassionate Release is continued to November 25, 2022, and Defendant's Motion for Compassionate Release shall be re-noted to November 25, 2022. The Clerk is directed to send a copy of this order to the pro se defendant via regular mail.

DATED this 31st day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1